IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION

| | | |
|---|---|---|
| MARIA DEL ROSARIO DOMINGUEZ | § | |
| | § | |
| vs. | § | |
| | § | CIVIL ACTION NO. 5:18-cv-23 |
| TARGET CORPORATION, | § | |
| INDIVIDUALLY AND D/B/A | § | |
| TARGET STORE #2112, | § | |

## NOTICE OF REMOVAL

Defendant Target Corporation ("Target") presents this Notice of Removal of the suit brought by Maria Del Rosario Dominguez ("Plaintiff") from the 111th District Court of Webb County, Texas, where the suit was instituted, to this United States District Court for the Southern District of Texas, Laredo Division. Expressly reserving all questions other than that of removal, Target respectfully shows that removal is proper as follows:

### I. STATE COURT SUIT

1.1   On or about January 16, 2018, Plaintiff commenced an action in the 111th Judicial District Court of Webb County, Texas, entitled "*Maria Del Rosario Dominguez vs. Target Corporation, Individually and d/b/a Target Store #2112*" and bearing Cause No. 2018CVF000071D2 (the "State Court Suit").

1.2   Service of citation in the State Court Suit was made on Target on January 23, 2018. Therefore, this Notice of Removal is timely filed by Target. 28 U.S.C. § 1446(b).

1.3   The State Court Suit is a civil suit in which Plaintiff claims personal injuries sustained while inside Target's premises.

## II. PARTIES AND CITIZENSHIP

2.1     Plaintiff is and was an individual domiciled in Texas and a citizen of the State of Texas and no other state at all relevant times, including when the State Court Suit was filed and removed.

2.2     Target is a foreign corporation duly formed and existing under the laws of the State of Minnesota with its principal place of business in Minneapolis, Minnesota.  Target, at the time suit was filed, when this case was removed, and at present, was, and is, a citizen of Minnesota and no other state.

## III. DIVERSITY JURISDICTION

3.1     Complete diversity exists between Plaintiff, a citizen of Texas, and Target, a citizen of Minnesota.  Additionally, the matter in controversy between Plaintiff and Target exceeds, exclusive of interest and costs, the sum of $75,000; Plaintiff contends in the State Court Suit that she seeks an amount over $200,000.  *Plaintiff's Original Petition*, Exhibit A-2, ¶ 6.  This Court therefore has subject matter jurisdiction of this case pursuant to diversity jurisdiction.  28 U.S.C. § 1332.

## IV. OTHER MATTERS

4.1     Upon filing this Notice of Removal, Target will provide written notification to Plaintiff and will file a Notification of Removal, attaching a copy of this Notice of Removal, with the Clerk for the 111th Judicial District Court of Webb County, Texas.

4.2     Plaintiff made a jury demand in state court.

4.3     Target provides a copy of the docket sheet, process, pleadings, and any signed orders served in the State Court Suit, together with an index of matters being filed, and a list of all counsel of record.  These documents are attached as Exhibit A.

## V. Conclusion

5.1     This case is a civil action brought in a state court, and the federal district courts have original jurisdiction over the subject matter under 28 U.S.C. §1332.  Removal of this case is proper under 28 U.S.C. §1441 and in conformance with 28 U.S.C. §1446.  For these reasons, Target removed this case from the 111th Judicial District Court of Webb County, Texas, to this Court and prays that this Court enter such orders and grant such relief as may be necessary to secure such removal.

Respectfully submitted,

*/s/ Timothy McMurtrie*
Timothy D. McMurtrie
State Bar No. 13813900
Federal ID No. 11806
Email: tim.mcmurtrie@roystonlaw.com
ROYSTON, RAYZOR, VICKERY & WILLIAMS, LLP
802 N. Carancahua, Suite 1300
Corpus Christi, Texas 78401-0021
(361) 884-8808
(361) 884-7261 (Fax)
**ATTORNEYS FOR DEFENDANT
TARGET CORPORATION, INDIVIDUALLY
AND D/B/A TARGET STORE #2112**

**OF COUNSEL:**

**ROYSTON, RAYZOR, VICKERY & WILLIAMS, L.L.P.**

## **CERTIFICATE OF SERVICE**

I certify that the foregoing instrument was served to counsel of record by means indicated below on this 16th day of February, 2018.

***VIA E-SERVICE***
Gene S. Hagood
SBN:  08698400
Jessie J. Ormand
SBN: 24098209
Megan J. Rothermel
SBN: 24088992
LAW OFFICES OF GENE S. HAGOOD
1520 E. Highway 6
Alvin, Texas 77511
Phone:  (281) 331-5757
Facsimile:  (281) 331-1105
Eservice Email:  firm@h-nlaw.com
*Attorneys for Plaintiff*

                                        */s/ Timothy McMurtrie*
                                        **Of ROYSTON, RAYZOR, VICKERY & WILLIAMS, L.L.P.**

JS 44 (Rev. 06/17)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS
Maria Del Rosario Dominguez

**(b)** County of Residence of First Listed Plaintiff   Webb
*(EXCEPT IN U.S. PLAINTIFF CASES)*

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*
Gene S. Hagood
Law Offices of Gene S. Hagood 1520 E. Highway 6 Alvin, TX 77511
(281) 331-5757

## DEFENDANTS
Target Corporation, Individually and d/b/a Target Store #2112

County of Residence of First Listed Defendant
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE:   IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

Attorneys *(If Known)*
Timothy McMurtrie
Royston, Rayzor, Vickery & Williams, LLP
802 N. Carancahua, Ste. 1300 Corpus Christi, TX (361) 884-8808

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

- ☐ 1 U.S. Government Plaintiff
- ☐ 2 U.S. Government Defendant
- ☐ 3 Federal Question *(U.S. Government Not a Party)*
- ☒ 4 Diversity *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)*
*(For Diversity Cases Only)*

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☒ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

Click here for: Nature of Suit Code Descriptions.

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 422 Appeal 28 USC 158 | ☐ 375 False Claims Act |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 365 Personal Injury - Product Liability | ☐ 690 Other | ☐ 423 Withdrawal 28 USC 157 | ☐ 376 Qui Tam (31 USC 3729(a)) |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 367 Health Care/ Pharmaceutical Personal Injury Product Liability | | | ☐ 400 State Reapportionment |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | | | **PROPERTY RIGHTS** | ☐ 410 Antitrust |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | | | ☐ 820 Copyrights | ☐ 430 Banks and Banking |
| ☐ 151 Medicare Act | ☐ 340 Marine | ☐ 368 Asbestos Personal Injury Product Liability | | ☐ 830 Patent | ☐ 450 Commerce |
| ☐ 152 Recovery of Defaulted Student Loans (Excludes Veterans) | ☐ 345 Marine Product Liability | | | ☐ 835 Patent - Abbreviated New Drug Application | ☐ 460 Deportation |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | **PERSONAL PROPERTY** | **LABOR** | ☐ 840 Trademark | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 370 Other Fraud | ☐ 710 Fair Labor Standards Act | **SOCIAL SECURITY** | ☐ 480 Consumer Credit |
| ☐ 190 Other Contract | ☒ 360 Other Personal Injury | ☐ 371 Truth in Lending | ☐ 720 Labor/Management Relations | ☐ 861 HIA (1395ff) | ☐ 490 Cable/Sat TV |
| ☐ 195 Contract Product Liability | ☐ 362 Personal Injury - Medical Malpractice | ☐ 380 Other Personal Property Damage | ☐ 740 Railway Labor Act | ☐ 862 Black Lung (923) | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 196 Franchise | | ☐ 385 Property Damage Product Liability | ☐ 751 Family and Medical Leave Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 890 Other Statutory Actions |
| | | | | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| | | | | ☐ 865 RSI (405(g)) | ☐ 893 Environmental Matters |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 790 Other Labor Litigation | | ☐ 895 Freedom of Information Act |
| ☐ 210 Land Condemnation | ☐ 440 Other Civil Rights | **Habeas Corpus:** | ☐ 791 Employee Retirement Income Security Act | **FEDERAL TAX SUITS** | ☐ 896 Arbitration |
| ☐ 220 Foreclosure | ☐ 441 Voting | ☐ 463 Alien Detainee | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| ☐ 230 Rent Lease & Ejectment | ☐ 442 Employment | ☐ 510 Motions to Vacate Sentence | | ☐ 871 IRS—Third Party 26 USC 7609 | |
| ☐ 240 Torts to Land | ☐ 443 Housing/ Accommodations | ☐ 530 General | | | ☐ 950 Constitutionality of State Statutes |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | ☐ 535 Death Penalty | **IMMIGRATION** | | |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other | **Other:** | ☐ 462 Naturalization Application | | |
| | ☐ 448 Education | ☐ 540 Mandamus & Other | ☐ 465 Other Immigration Actions | | |
| | | ☐ 550 Civil Rights | | | |
| | | ☐ 555 Prison Condition | | | |
| | | ☐ 560 Civil Detainee - Conditions of Confinement | | | |

## V. ORIGIN *(Place an "X" in One Box Only)*

- ☐ 1 Original Proceeding
- ☒ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from Another District *(specify)*
- ☐ 6 Multidistrict Litigation - Transfer
- ☐ 8 Multidistrict Litigation - Direct File

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
28 USC 1332
Brief description of cause:
Personal Injury - premises liability

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A **CLASS ACTION** UNDER RULE 23, F.R.Cv.P.

DEMAND $

CHECK YES only if demanded in complaint:
**JURY DEMAND:**   ☒ Yes   ☐ No

## VIII. RELATED CASE(S) IF ANY
*(See instructions):*
JUDGE _____   DOCKET NUMBER _____

DATE 2/16/18
SIGNATURE OF ATTORNEY OF RECORD

**FOR OFFICE USE ONLY**

RECEIPT # _____   AMOUNT _____   APPLYING IFP _____   JUDGE _____   MAG. JUDGE _____