IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION

| | | |
|---|---|---|
| MARIA DEL ROSARIO DOMINGUEZ | § | |
| | § | |
| Vs. | § | |
| | § | |
| TARGET CORPORATION, | § | |
| INDIVIDUALLY AND D/B/A | § | CIVIL ACTION NO. 5:18-cv-23 |
| TARGET STORE #2112, | § | |

## EXHIBIT A - INDEX OF MATTERS FILED

1. ALL EXECUTED PROCESS

    A-1   *Citation for Personal Service – Target Corporation*

2. PLEADINGS THAT ASSERT CAUSES OF ACTION AND ALL ANSWERS TO SUCH PLEADINGS

    A-2   *Plaintiff's Original Petition*

3. DOCKET SHEET

    A-3   *Docket Sheet*

4. STATE COURT ORDERS

    A-4   *Notice of Calendar Call*

5. LIST OF ALL COUNSEL OF RECORD

    A-5   *List of Parties and Respective Counsel of Record*

# EXHIBIT A

62580.20331404

RETURN
2018CVF000071D2

## CITATION BY CERTIFIED MAIL
### THE STATE OF TEXAS
(ATTACHED WITH PLAINTIFF'S ORIGINAL PETITION AND REQUEST FOR DISCLOSURE)
NOTICE TO THE DEFENDANT: "YOU HAVE BEEN SUED. YOU MAY EMPLOY AN ATTORNEY. IF YOU OR YOUR ATTORNEY DO NOT FILE A WRITTEN ANSWER WITH THE CLERK WHO ISSUED THIS CITATION BY 10:00 A.M. ON THE MONDAY NEXT FOLLOWING THE EXPIRATION OF TWENTY DAYS AFTER YOU WERE SERVED THIS CITATION AND PETITION, A DEFAULT JUDGMENT MAY BE TAKEN AGAINST YOU."

TO: TARGET CORPORATION D/B/A TARGET STORE# 2112
BY SERVING ITS REGISTERED AGENT: CT CORPORATION SYSTEM
1999 BRYAN STREET, STE 900
DALLAS TX 75201-3136

DEFENDANT, IN THE HEREINAFTER STYLED AND NUMBERED CAUSE, YOU ARE HEREBY COMMANDED TO APPEAR BEFORE THE 111TH DISTRICT COURT of Webb County, Texas, to be held at the said courthouse of said county in the city of Laredo, Webb County, Texas, by filing a written answer to the Petition of Plaintiff at or before 10:00 O'CLOCK A.M. of the Monday next after the expiration of 20 days after the date of service thereof, a copy of which accompanies this citation, in the Cause #: 2018CVF000071D2, styled:

MARIA DEL ROSARIO DOMINGUEZ, PLAINTIFF
VS.
TARGET CORPORATION INDIVIDUALLY D/B/A TARGET STORE# 2112, DEFENDANT

Said Plaintiff's Petition was filed on 01/16/2018 in said court by:
GENE S HAGOOD, ATTORNEY FOR PLAINTIFF
1520 E HIGHWAY 6
ALVIN TX 77511

WITNESS ESTHER DEGOLLADO, DISTRICT CLERK OF WEBB COUNTY, TEXAS, issued and given under my hand and seal of said court at office, on this the 17th day of January, 2018.

CLERK OF COURT
ESTHER DEGOLLADO, CLERK OF WEBB COUNTY, TEXAS
P.O. BOX 667
LAREDO, TX 78042

BY: _____ DEPUTY
HERLINDA TORRES

### CLERK'S CERTIFICATE OF SERVICE

I, Clerk of the District Courts and County Court at Law of Webb County, Texas, certify that I executed the foregoing citation in Webb County, Texas on this the 17th day of January, 2018 by placing in the United States mail a true copy of this citation, with true copy of the aforesaid Pleading attached thereto, via Certified Mail No.7016.1370.0000.9362.2410 ADDRESSED TO: Target Corporation D/b/a Target Store# 2112, 1999 Bryan Street, Ste 900, Dallas Tx 75201-3136 and endorsed thereon "RETURN RECEIPT REQUESTED," after having first endorsed on said copy of said citation the date of mailing and the name and address of the within-named recipient to certify which witness my hand officially on this the 17th day of January, 2018.

CALENDAR CALL SET FOR
04/05/2018 AT 11:00A.M.

ATTACH EVIDENCE OF MAILING
AND RETURN RECEIPT HERE.

ESTHER DEGOLLADO
CLERK OF THE DISTRICT COURTS AND
COUNTY COURT-AT-LAW
OF WEBB COUNTY, TEXAS

BY: _____ DEPUTY
Herlinda Torres

**EXHIBIT A-1**

SERVE
2018CVF000071D2

## CITATION BY CERTIFIED MAIL
## THE STATE OF TEXAS
(ATTACHED WITH PLAINTIFF'S ORIGINAL PETITION AND REQUEST FOR DISCLOSURE)
NOTICE TO THE DEFENDANT: "YOU HAVE BEEN SUED. YOU MAY EMPLOY AN ATTORNEY. IF YOU OR YOUR ATTORNEY DO NOT FILE A WRITTEN ANSWER WITH THE CLERK WHO ISSUED THIS CITATION BY 10:00 A.M. ON THE MONDAY NEXT FOLLOWING THE EXPIRATION OF TWENTY DAYS AFTER YOU WERE SERVED THIS CITATION AND PETITION, A DEFAULT JUDGMENT MAY BE TAKEN AGAINST YOU."

TO: TARGET CORPORATION D/B/A TARGET STORE# 2112
BY SERVING ITS REGISTERED AGENT: CT CORPORATION SYSTEM
1999 BRYAN STREET, STE 900
DALLAS TX 75201-3136

DEFENDANT, IN THE HEREINAFTER STYLED AND NUMBERED CAUSE, YOU ARE HEREBY COMMANDED TO APPEAR BEFORE THE 111TH DISTRICT COURT of Webb County, Texas, to be held at the said courthouse of said county in the city of Laredo, Webb County, Texas, by filing a written answer to the Petition of Plaintiff at or before 10:00 O'CLOCK A.M. of the Monday next after the expiration of 20 days after the date of service thereof, a copy of which accompanies this citation, in the Cause #: 2018CVF000071D2, styled:
MARIA DEL ROSARIO DOMINGUEZ, PLAINTIFF
VS.
TARGET CORPORATION INDIVIDUALLY D/B/A TARGET STORE# 2112, DEFENDANT
Said Plaintiff's Petition was filed on 01/16/2018 in said court by:
GENE S HAGOOD, ATTORNEY FOR PLAINTIFF
1520 E HIGHWAY 6
ALVIN TX 77511

WITNESS ESTHER DEGOLLADO, DISTRICT CLERK OF WEBB COUNTY, TEXAS, issued and given under my hand and seal of said court at office, on this the 17th day of January, 2018.

C L E R K   O F   C O U R T

ESTHER DEGOLLADO, CLERK OF WEBB COUNTY, TEXAS
P.O. BOX 667
LAREDO, TX 78042
BY: Herlinda Torres
HERLINDA TORRES          DEPUTY

### CLERK'S CERTIFICATE OF SERVICE
I, Clerk of the District Courts and County Court at Law of Webb County, Texas, certify that I executed the foregoing citation in Webb County, Texas on this the 17th day of January, 2018 by placing in the United States mail a true copy of this citation, with true copy of the aforesaid Pleading attached thereto, via Certified Mail No.7016.1370.0000.9362.2410 ADDRESSED TO: Target Corporation D/b/a Target Store# 2112, 1999 Bryan Street, Ste 900, Dallas Tx 75201-3136 and endorsed thereon "RETURN RECEIPT REQUESTED," after having first endorsed on said copy of said citation the date of mailing and the name and address of the within-named recipient, to certify which witness my hand officially on this the 17th day of January, 2018.

CALENDAR CALL SET FOR
04/05/2018 AT 11:00A.M.

ATTACH EVIDENCE OF MAILING
AND RETURN RECEIPT HERE.

ESTHER DEGOLLADO
CLERK OF THE DISTRICT COURTS AND
COUNTY COURT-AT-LAW
OF WEBB COUNTY, TEXAS
BY: Herlinda Torres          DEPUTY
Herlinda Torres

Filed
1/16/2018 12:00 AM
Esther Degollado
District Clerk
Webb District
Linda Torres
2018CVF000071D2

NO. _____

| | | |
|---|---|---|
| MARIA DEL ROSARIO DOMINGUEZ | § § | IN THE DISTRICT COURT OF |
| VS. | § § | WEBB COUNTY, TEXAS |
| TARGET CORPORATION, INDIVIDUALLY AND D/B/A TARGET STORE #2112 | § § § | _____ JUDICIAL DISTRICT |

## PLAINTIFF'S ORIGINAL PETITION AND REQUEST FOR DISCLOSURE

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW Maria Del Rosario Dominguez, hereinafter referred to as Plaintiff, complaining of Target Corporation, Individually and d/b/a Target Store #2112, hereinafter referred to as Defendant, and would respectfully show to the Court as follows:

1. Discovery is intended to be conducted under Level 3, Texas Rules of Civil Procedure, Rule 190.4.

2. Plaintiff is a resident citizen of Webb County, Texas.

3. Defendant, Target Corporation, Individually and d/b/a Target Store #2112, is a foreign corporation authorized to do business in the State of Texas and is doing business in and maintaining agents and agencies in the State of Texas and may be served with citation by serving its registered agent for service, CT Corporation System, 1999 Bryan Street, Suite 900, Dallas, Dallas County, Texas 75201-3136.

4. This Court has jurisdiction of this case because this cause of action is for negligence and the subject matter of this lawsuit and the amount in controversy are all within the jurisdictional limits of this Court. Further, this Court has venue of this case because all or a substantial portion of the acts or events giving rise to the cause of action and the acts and/or omissions of negligence that proximately caused the occurrence in

**EXHIBIT A-2**

question and the injuries and damages sustained by your Plaintiff occurred within the territorial limits of Webb County, State of Texas.

5. This is a suit to recover money damages for the severe and painful disabling injuries sustained by Plaintiff, Maria Del Rosario Dominguez, on or about November 29, 2017, at the Defendant's store commonly referred to as "Target" located at 1910 Bob Bullock Loop, Laredo, Webb County, Texas, while Plaintiff was a business invitee. The premises in question was owned, operated and maintained by the Defendant herein at all relevant times. At the time and on the occasion in question, your Plaintiff, Maria Del Rosario Dominguez, had entered the ladies restroom and encountered a defect in the premises which was a dangerous slip and fall hazard and which caused her to fall proximately causing the injuries and damages made the basis of this lawsuit. The incident made the basis of this lawsuit and the injuries and damages sustained by your Plaintiff were proximately caused by the negligence of the Defendant, its agents, servants and/or employees all acting within the course and scope of their employment. Further, the defects in the premises constituted an unreasonable risk of harm of which the Defendant created, knew of its presence or, in the alternative, should have known of its presence and of which the Defendant failed to correct and failed to warn, and otherwise failed to exercise reasonable care for the safety of the Plaintiff and other persons. The Defendant had actual or constructive knowledge of the condition of the premises' defect. Additionally, Defendant had a duty, including a non-delegable duty, to use ordinary care in maintaining the premises in a safe condition by inspecting the property and making it safe against any known or knowable defects or giving warning of any such defects. Defendant, by and

Page 2

through its agents, representatives and/or employees acting within the course and scope of their employment, failed in their duties and were negligent. All of the above enumerated acts and/or omissions constitute negligence as that term is known in law and same proximately caused the occurrence in question and injuries and damages sustained by your Plaintiff. Discovery is at its infancy in this case. Further information and evidence on these issues are, at this time, within the knowledge of Defendant(s) and not Plaintiff(s). However, this information can and will be obtained through legal discovery efforts that may possibly require additional or different allegations. Plaintiff(s) reserves the right to amend and/or supplement as allowed by the Texas Rules of Civil Procedure.

6. As a direct and proximate result of the negligence of the Defendant referenced above, your Plaintiff, Maria Del Rosario Dominguez, sustained the following damages in the past and, in reasonable probability, will continue to sustain these damages in the future: physical pain, mental anguish, physical impairment, disfigurement, loss of earning capacity and reasonable and necessary medical expenses. Plaintiff, Maria Del Rosario Dominguez, sues for these damages in an amount within the minimum jurisdictional limits of the Court, over $200,000.00 but not more than $1,000,000.00.

7. The Plaintiff also sues for pre-judgment and post-judgment interest on the items of damages allowed by law.

8. Plaintiff demands a trial by jury on this case.

## REQUEST FOR DISCLOSURE

9.  Pursuant to Rule 194 of the Texas Rules of Civil Procedure, Defendant is requested to disclose to Plaintiff, Maria Del Rosario Dominguez, the information or material described in Rule 194.2 of the Texas Rules of Civil Procedure.

WHEREFORE PREMISES CONSIDERED, Plaintiff prays that the Defendant be cited in terms of law to appear and answer herein and that upon final hearing Plaintiff does have and recover of, from and against the Defendant her compensatory damages as referenced above all in amounts in excess of the minimum jurisdictional limits of this Court, pre-judgment and post-judgment interest, costs of court, trial by jury, and for such other and further relief, in law and in equity to which Plaintiff may show herself justly entitled.

Respectfully submitted,
LAW OFFICES OF GENE S. HAGOOD
1520 E. Highway 6
Alvin, Texas 77511
(281)331-5757
Fax: (281)331-1105
*E-Service Email: firm@h-nlaw.com

BY: ____/s/ Gene S. Hagood____
GENE S. HAGOOD
SBN 08698400
JESSIE J. ORMAND
SBN 24098209
MEGAN J. ROTHERMEL
SBOT # 24088992
Attorneys for Plaintiff

*E-SERVED DOCUMENTS ARE ONLY ACCEPTED AT THE ABOVE DESIGNATED E-SERVICE EMAIL ADDRESS. SERVICE ON ANY OTHER EMAIL ADDRESS WILL BE CONSIDERED INVALID.

Page 4

# 111TH DISTRICT COURT
# CASE SUMMARY
## CASE NO. 2018CVF000071D2

MARIA DEL ROSARIO DOMINGUEZ  §  Location: **111th District Court**
VS.  §  Judicial Officer: **Notzon, Monica Z.**
TARGET CORPORATION D/B/A TARGET STORE#  §  Filed on: **01/16/2018**
2112  §

### CASE INFORMATION

Case Type: **Injury or Damage - Other Injury or Damage**
Subtype: **Premises**

| DATE | CASE ASSIGNMENT |
|---|---|

**Current Case Assignment**
Case Number  2018CVF000071D2
Court  111th District Court
Date Assigned  01/16/2018
Judicial Officer  Notzon, Monica Z.

### PARTY INFORMATION

*Lead Attorneys*

Plaintiff  **DOMINGUEZ, MARIA DEL ROSARIO**  **HAGOOD, GENE S**
*Retained*
2813315757 x2813311105(W)

Defendant  **TARGET CORPORATION D/B/A TARGET STORE# 2112**

| DATE | EVENTS & ORDERS OF THE COURT | INDEX |
|---|---|---|
| 01/16/2018 | Civil Case Filed (OCA) | |
| 01/16/2018 | Original Petition
*PLAINTIFF'S ORIGINAL PETITION AND REQUEST FOR DISCLOSURE (LT)* | |
| 01/16/2018 | Jury Demand
*JURY DEMAND PAID BY ATTORNEY GENE HAGOOD. (LT)* | |
| 01/17/2018 | Citation-Issuance
*(2) CITATIONS ISSUED TO TARGET CORPORATION BY CERTIFIED MAIL RETURN RECEIPT (LT)* | |
| 01/17/2018 | Citation
TARGET CORPORATION D/B/A TARGET STORE# 2112
Served: 01/23/2018 | |
| 01/17/2018 | Calendar Call
*CALENDAR CALL FAXED TO ATTORNEY GENE HAGOOD. (LT)* | |
| 01/25/2018 | Citation Return-Executed
*DOMESTIC RETURN RECEIPT RETURNED EXECUTED ON CITATION AS TO TARGET CORPORATION DOS: 1/23/18* | |
| 02/12/2018 | Atty Request - Copies
*LETTER FROM ATTORNEY ROBERT SPANGLER DATED 2/12/18 RE: REQUEST AND PAYMENT FOR COPIES* | |

# EXHIBIT A-3

# 111TH DISTRICT COURT
# CASE SUMMARY
## CASE NO. 2018CVF000071D2

| 04/05/2018 | Calendar Call (11:00 AM) (Judicial Officer: Notzon, Monica Z.) |
|---|---|
| **DATE** | **FINANCIAL INFORMATION** |

| | |
|---|---:|
| **Attorney** HAGOOD, GENE S | |
| Total Charges | 134.00 |
| Total Payments and Credits | 134.00 |
| **Balance Due as of 2/13/2018** | **0.00** |
| | |
| **Plaintiff** DOMINGUEZ, MARIA DEL ROSARIO | |
| Total Charges | 297.00 |
| Total Payments and Credits | 297.00 |
| **Balance Due as of 2/13/2018** | **0.00** |



ABEL SOLIZ
CIVIL COURT COORDINATOR
(956)523-4226

MONICA Z. NOTZON
JUDGE, 111TH DISTRICT COURT
1110 VICTORIA SUITE #301 3RD FLOOR
LAREDO, TEXAS 78040
OFFICE (956)523-4230
FAX (956)523-5088

FERNANDO RAMOS
BAILIFF
(956)523-4227

January 17, 2018

CAUSE NO.: 2018CVF000071D2

STYLE: MARIA DEL ROSARIO DOMINGUEZ

VS

TARGET CORPORATION D/B/A TARGET STORE# 2112

## NOTICE OF CALENDAR CALL

Please take notice that this case is set for Calendar Call on 04/05/2018 at 11:00 AM at the 111th District Court, 3rd Floor, Webb County Justice Center.

All Calendar Call hearings will be in open Court and on the record before the Honorable Judge Monica Z. Notzon. Your presence is MANDATORY unless Counsel for Plaintiff(s) and Defendant(s) have in place a pre-trial guideline order with both Counsel and Judge's signatures prior to calendar call date. This guideline order should have all appropriate dates including pre-trial, jury selection and all deadlines.

Counsel for Plaintiff(s) please note that if you do not appear for calendar call your case may be dismissed for lack of prosecution.

Counsel for Defendant(s) please note that if you do not appear for calendar call, a pre-trial guideline order may be entered with or without your approval and/or signature.

If there are any questions regarding this matter please feel free to call our office at any time.

Abel Soliz
Civil Court Coordinator
111th District Court

DC:

**EXHIBIT A-4**

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION

| | | |
|---|---|---|
| MARIA DEL ROSARIO DOMINGUEZ | § | |
| | § | |
| vs. | § | |
| | § | CIVIL ACTION NO. 5:18-cv-23 |
| TARGET CORPORATION, | § | |
| INDIVIDUALLY AND D/B/A | § | |
| TARGET STORE #2112, | § | |

## **LIST OF ALL COUNSEL OF RECORD**

Gene S. Hagood
SBN:  08698400
Jessie J. Ormand
SBN: 24098209
Megan J. Rothermel
SBN: 24088992
LAW OFFICES OF GENE S. HAGOOD
1520 E. Highway 6
Alvin, Texas 77511
Telephone:  (281) 331-5757
Facsimile:  (281) 331-1105
Eservice Email:  firm@h-nlaw.com
***Attorneys for Plaintiff, Maria Del Rosario Dominguez***

Timothy D. McMurtrie
State Bar No. 13813900
Federal ID No. 11806
Email: tim.mcmurtrie@roystonlaw.com
ROYSTON, RAYZOR, VICKERY & WILLIAMS, LLP
Frost Bank Plaza
802 N. Carancahua, Suite 1300
Corpus Christi, Texas 78401-0021
Telephone: (361) 884-8808
Facsimile: (361) 884-7261
***Attorneys for Defendant, Target Corporation, Individually
And d/b/a Target Store #2112***

# **EXHIBIT A-5**

62580.20331412