UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION

| | | |
|---|---|---|
| MARIA DEL ROSARIO DOMINGUEZ, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 5:18-CV-23 |
| | § | |
| TARGET CORPORATION, | § | |
| INDIVIDUALLY AND D/B/A TARGET | § | |
| STORE #2112, | § | |
| | § | |
| Defendant. | § | |

## ORDER

On February 8, 2019, U.S. Magistrate Judge Diana Song Quiroga issued a Report and Recommendation in accordance with 28 U.S.C. § 636(b)(1) recommending that Defendant's Motion to Dismiss be denied. (Dkt. No. 42). Plaintiff has since filed objections to the Report and Recommendation, arguing that the magistrate court applied an incorrect pleading standard and erroneously concluded that Plaintiff adequately stated a claim under either an actual- or constructive-knowledge theory. (Dkt. No. 43).

The Court conducts a de novo review of Plaintiff's objections and applies a plain-error standard of review for the rest of the proposed findings and recommendations. Having considered the entire record, as well as arguments advanced by the parties, the Court **OVERRULES** Defendant's objections in part and hereby **ADOPTS** the Report and Recommendation (Dkt. No. 42) as the findings and opinion of the Court but only to the extent that it concludes that Plaintiff

adequately stated a claim to relief under an actual-knowledge theory. Accordingly, Defendant's Motion to Dismiss (Dkt. No. 31) is **DENIED**.

It is so **ORDERED**.

**SIGNED** February 28, 2019.

                                             Marina Garcia Marmolejo
                                             United States District Judge