United States District Court
Southern District of Texas
**ENTERED**
February 27, 2020
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION

| | | |
|---|---|---|
| MARIA DEL ROSARIO DOMINGUEZ, | § § § | |
| Plaintiff, | § § | |
| VS. | § § | CIVIL ACTION NO. 5:18-CV-23 |
| TARGET CORPORATION, INDIVIDUALLY AND DBA TARGET STORE #2112, | § § § § | |
| Defendant. | § § | |

## ADVISORY

Pending is the parties' Stipulation of Dismissal with Prejudice (Dkt. No. 77). Parties in a civil suit may generally dismiss the suit without a court order upon the filing of a stipulation of dismissal "signed by all parties who have appeared." FED. R. CIV. P. 41(a)(1)(A)(ii). This general rule is subject to limitations in class action suits, shareholder derivative suits, and suits where the court has appointed a receiver. FED. R. CIV. P. 41(a). None of those limitations apply here. Thus, because the filing is signed by all parties who have appeared in this case, all of Plaintiff's claims were dismissed with prejudice "effective upon [the] filing" of the Stipulation of Dismissal. *SmallBizPros, Inc. v. MacDonald*, 618 F.3d 458, 463 (5th Cir. 2010). The Clerk of Court is hereby **DIRECTED** to **CLOSE** this case.

**SIGNED** February 26, 2020.

Marina Garcia Marmolejo
United States District Judge